UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

SYLVESTER MOTT-BEY,

        Petitioner,

v.

CONNIE HORTON,

        Respondent.
_____/

Case No. 2:20-cv-78

Honorable Paul L. Maloney

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion for a temporary restraining order and for a preliminary injunction (ECF No. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  June 30, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge