UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

SYLVESTER MOTT-BEY,

   Petitioner,      Case No. 2:20-cv-78

v.             Honorable Paul L. Maloney

CONNIE HORTON,

   Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated: June 30, 2020      /s/ Paul L. Maloney
               Paul L. Maloney
               United States District Judge